O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA TAYLOR and TAMARA CANNON,<br><br>           Plaintiffs,<br><br>  v.<br><br>WACHOVIA MORTGAGE, FSB; THE BANK OF NEW YORK AS TRUSTEE FOR SECURITIZED TRUST WORLD SAVINGS BANK MORTGAGE PASS-THROUGH CERTIFICATES REMIC 35 TRUST; WACHOVIA MORTGAGE, FSB; DEPOSITOR (TBD); WACHOVIA MORTGAGE, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, AKA "MERS" WELLS FARGO MORTGAGE,<br><br>           Defendants. | Case No. CV 14-00101 DDP (JCGx)<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>[Dkt. Nos. 9, 15] |

    Presently before the court is Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss. Having considered the submissions of the parties, the court grants the motion.

    Defendant contends that all of Plaintiffs' ten causes of action are either preempted by federal law (claims 1-7, 10) or barred by the statute of limitations (claims 8, 9). Though

Plaintiffs have filed a document titled "Opposition to Defendants' Motion to Dismiss," that document does not actually oppose any of the arguments raised in the motion.  Instead, Plaintiffs' opposition argues that the First Amended Complaint adequately alleges a cause of action for unlawful, unfair, and fraudulent business practices under California Business and Professions Code Section 17200.  The First Amended Complaint, however, alleges no such cause of action.  Accordingly, and because failure to oppose a motion is deemed consent to granting of the motion, Defendant's Motion to Dismiss is GRANTED.  See C.D. Cal. L.R. 7-12. Plaintiffs' Motion to Remand (Dkt. 15) is VACATED as moot.[1]

IT IS SO ORDERED.

Dated: February 11, 2015

DEAN D. PREGERSON
United States District Judge

---

[1] The court notes that the First Amended Complaint includes claims under federal law.