UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GINA TAYLOR and TAMARA CANNON,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WACHOVIA MORTGAGE, FSB; THE BANK OF NEW YORK AS TRUSTEE FOR SECURITIZED TRUST WORLD SAVINGS BANK MORTGAGE PASS-THROUGH CERTIFICATES REMIC 35 TRUST; WACHOVIA MORTGAGE, FSB; DEPOSITOR (TBD); WACHOVIA MORTGAGE, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, AKA "MERS" WELLS FARGO MORTGAGE, NDex AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>        Defendants. | Case No.: 2:14-cv-00101-DDP-JCGx<br><br>CLOSED<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[*Assigned to the Hon. Dean D. Pregerson*] |

On February 11, 2015, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendants WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued herein as "Wachovia Mortgage, FSB" and "Wells Fargo Mortgage") and The Bank of New York Mellon, N.A., f/k/a "The Bank of New York" ("Wells Fargo"), dismissing the Complaint, in its entirety.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all parties and all causes of action;

2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and;

3. Plaintiffs, Gina Taylor and Tamara Cannon shall recover nothing in this action from defendant WELLS FARGO BANK, N.A.

DATED: February 19, 2015

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE